# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No. 3:23-cv-00262-RJC-SCR

| | |
|---|---|
| UNITED STATES on behalf of and for the use and benefit of WAYNE J. GRIFFIN ELECTRIC, INC., and WAYNE J. GRIFFIN ELECTRIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GRIGGS MITCHELL & ALMA OF IL, LLC, d/b/a GMA CONSTRUCTION GROUP, AVM CONTRACTORS LLC, GMA-AVM JOINT VENTURE, ARGONAUT INSURANCE COMPANY, and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion to Stay Pending Arbitration" (Doc. No. 8) filed on August 1, 2023. The motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting agreement of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Consent Motion to Stay Pending Arbitration" (Document No. 8) is **GRANTED**. This parties shall arbitrate their dispute according to their agreement and this matter is **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report on **October 1, 2023**, and every **ninety (90) days** thereafter, until final resolution of the parties' arbitration.

**SO ORDERED.**

Signed: August 15, 2023

Susan C. Rodriguez
United States Magistrate Judge